```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/19/2019
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KEISHA ROBINSON, ET AL.,

                    Plaintiffs,

      -against-

US DEPT. JUSTICE US DEA, ET AL.,

                    Defendants.

------------------------------------------------------------ x

1:19-cv-02361 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

Pursuant to Federal Rules of Civil Procedure 5.2(a), the Parties shall not file any documents in this case containing the minor children's full names. Fed. R. Civ. P. 5.2(a). Instead, the Parties' filings must either include the minor children's initials or redactions of the minor children's full names. The documents currently included on the docket that do not comply with Rule 5.2(a) have been restricted to the case participants on ECF.

SO ORDERED.

Dated: December 19, 2019
         New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge

COPIES MAILED