USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/7/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KEISHA ROBINSON, ET AL.,

                Plaintiffs,

-against-

US DEPT. JUSTICE US DEA, ET AL.,

                Defendants.

------------------------------------------------------------ x

1:19-cv-02361 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of *pro se* Plaintiff Keisha Robinson's letter dated January 27, 2020, requesting an adjournment. ECF No. 54. Unfortunately, the Court did not receive this letter until after the pre-motion conference occurred. Accordingly, Plaintiff Keisha Robinson's request for an adjournment is **DENIED** as moot.

**SO ORDERED.**

Dated:   February 7, 2020
          New York, New York

                                                ANDREW L. CARTER, JR.
                                                United States District Judge

COPIES MAILED