UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x
                         :

**KEISHA ROBINSON, ET AL.,**          :
                         :

            **Plaintiffs,**    :

                         :      **1:19-cv-02361 (ALC)**

         **-against-**        :

                         :      **ORDER**

**US DEPT. JUSTICE US DEA, ET AL.,**   :

                         :

           **Defendants.**    :

----------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Parties' letters dated February 19, 2020 and February 21,

2020, requesting a 60-day stay to allow Plaintiff Keisha Robinson, who is proceeding *pro se*, to

secure new representation for the minor Plaintiffs. *See* ECF Nos. 57-58. The Parties' request is

hereby **GRANTED**. Plaintiffs shall submit a Status Report to the Court on or before **April 10,**

**2020.**

**SO ORDERED.**

**Dated: February 24, 2020**
       **New York, New York**

                                **ANDREW L. CARTER, JR.**
                                **United States District Judge**