UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEISHA ROBINSON, et al.,                            :
                                                    :
                    Plaintiffs,                     :    19 Civ. 2361 (ALC) (GWG)
                                                    :
       -v.-                                         :    ORDER
                                                    :
US DEPT. JUSTICE US DEA, et al.,                    :
                                                    :
                    Defendants.                     :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

As explained in a prior Order of the Court (Docket # 62), a number of documents on the docket sheet have been not viewable by the public, including case participants, because the documents included the names of the plaintiffs who are minors. These filings violate Rule 5.2(a) of the Federal Rules of Civil Procedure, which requires that a minor be identified by initials. The Court has now obtained or created redacted versions of these documents. Additionally, certain docket entries contain the full names of minor children rather than their initials.

In order to substitute the reacted documents for the originals and to fix the docket entries, the Court orders as follows:

(1) For the entries on the docket sheet for docket ## 1, 3, 18, 28, 29, 36, 39, 41, 45, 46, and 48, the Clerk shall change the names of the two minor children to their initials (K.F. for both).

(2) Upon receipt of the redacted versions of the documents at docket ## 1, 3, 28, 29, 36, 39, 41, 45, 46, 48, 50, and 56, the Clerk shall substitute the redacted versions for the unredacted versions currently filed.

(3) Upon completion of steps (1) and (2), the Clerk shall unseal the entries and documents at docket ## 1, 3, 18, 28, 29, 36, 39, 41, 45, 46, 48, 50, and 56 so that they are viewable by the public.

SO ORDERED.

Dated: April 8, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge