USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x
KEISHA ROBINSON, ET AL.,

                     Plaintiffs,

           -against-

US DEPT. JUSTICE US DEA, ET AL.,

                     Defendants.
---------------------------------------------------------- x

1:19-cv-02361 (ALC)

ORDER

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendants' letter dated April 23, 2020, requesting that the stay in this matter be extended sixty days and that the deadline for Defendants' anticipated motions to dismiss be June 26, 2020. Defendants' request is hereby **GRANTED**. The Court previously ordered Plaintiffs to submit a Status Report by April 10, 2020. The Court **ORDERS** that Plaintiffs submit a Status Report to the Court by June 10, 2020, updating the Court on whether new counsel has been found for the minor Plaintiffs. For the benefit of Plaintiff Keisha Robinson, the Court notes that pro se litigants are temporarily permitted to submit filings via email, as well as by mail and in person. (See Standing Order In Re: Coronavirus/COVID-19 Pandemic, dated April 1, 2020; https://nysd.uscourts.gov/prose).

      Within 5 days of the date of this Order, counsel for Defendants shall mail a copy of this Order to Plaintiffs and file proof of service on ECF.

**SO ORDERED.**

Dated: April 24, 2020
           New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**