USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
KEISHA ROBINSON, ET AL.,

                      Plaintiffs,

        -against-                                1:19-cv-02361 (ALC)

US DEPT. JUSTICE US DEA, ET AL.,                ORDER

                      Defendants.
------------------------------------------------------------ x

**ANDREW L. CARTER, JR., United States District Judge:**

      The Court is in receipt of Defendants' letter dated June 24, 2020, requesting that the stay in this matter be extended sixty days and that the deadline for Defendants' anticipated motions to dismiss be August 25, 2020. Defendants' request is hereby **GRANTED**. The Court previously ordered Plaintiffs to submit a Status Report by June 10, 2020. The Court **ORDERS** that Plaintiffs submit a Status Report to the Court by July 27, 2020, updating the Court on whether new counsel has been found for the minor Plaintiffs. For the benefit of Plaintiff Keisha Robinson, the Court notes that pro se litigants are temporarily permitted to submit filings via email, as well as by mail and in person. (See Standing Order In Re: Coronavirus/COVID-19 Pandemic, dated April 1, 2020; https://nysd.uscourts.gov/prose).

      Within 5 days of the date of this Order, counsel for Defendants shall serve a copy of this Order on Plaintiffs and file proof of service on ECF.

**SO ORDERED.**

**Dated: June 26, 2020**
          **New York, New York**

                                                          _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**