**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------x
**ROBINSON, ET AL.,**
                  **Plaintiffs,**

    v.

**U.S. DEPT. JUSTICE, ET AL.,**

                  **Defendants.**
-----------------------------------------------------------------: x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __8/13/2020__

**19-cv-02361-ALC-GWG**
**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court hereby sets a conference regarding whether new counsel has been found for the minor Plaintiffs on September 8, 2020 at 10:30 a.m. The Parties are directed to call in to the Court at that date and time at (888) 363-4749 (access code: 3768660).

    The deadline for Defendants' motion to dismiss is hereby suspended pending the September 8, 2020 hearing. The Court respectfully directs the Clerk of Court to terminate the August 25, 2020 motions deadline.

**SO ORDERED.**
**Dated: August 13, 2020**
      **New York, New York**

                                                    */s/ Andrew L. Carter, Jr.*
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**